*Julius Russell Cades* and *Urban Earl Wied* for respondent.

No. 96. WHITE ET AL. *v.* UNITED STATES; and
No. 97. WHITE, EXECUTOR, *v.* UNITED STATES. October 10, 1938. Petition for writs of certiorari to the Court of Claims granted. *Mr. John P. Ohl* for petitioners. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States. Reported below: 86 Ct. Cls. 125; 21 F. Supp. 361.

No. 98. M. E. BLATT Co. *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Claims granted. *Mr. Lawrence Cake* for petitioner. *Acting Solicitor General Townsend, Assistant Attorney General Morris,* and *Mr. Sewall Key* for the United States.

No. 102. UNITED STATES *v.* POWERS ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Jackson* for the United States. *Mr. H. T. Burke* for respondents.

No. 104. MONTANA EX REL. BOARD OF COUNTY COMMISSIONERS *v.* BRUCE, COUNTY ASSESSOR, ET AL. October 10, 1938. Petition for writ of certiorari to the Supreme Court of Montana granted. *Messrs. Edwin S. Booth, Sr.* and *Edwin S. Booth, Jr.* for petitioner. *Messrs. Thomas Dignan, Enor K. Matson, E. G. Toomey, R. S. McKellar,* and *John M. Kline* for respondents.